# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Linda Desmond**
           Plaintiff

vs.                           **CASE NUMBER: 3:11-CV-818 (VEB)**

**Michael J. Astrue, Commissioner of Social Security**
           Defendant

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's Motion for Judgment on the pleadings is GRANTED, Plaintiff's Motion for Judgment on the Pleadings is DENIED, therefore the Complaint filed by Linda Desmond is hereby DISMISSED. Judgment is entered in favor of the defendant and this case is closed.

All of the above pursuant to the order of the Honorable Judge Victor E. Bianchini, dated the 20th day of December, 2012.

DATED: December 20, 2012

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk